

David Allegrucci (#12611)
*Allegrucci Law Office, PLLC*
307 North Miller Road
Buckeye, AZ. 85326
Ph (623) 412-2330
Fax (623) 878-9807
Attorney for Petitioner

Dated: September 29, 2009

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Joel Marc Cheiky,<br>And<br>Linda Denise Cheiky,<br>        Debtors. | Case No.: 2-09-bk-02616-GBN<br>In Proceedings Under Chapter 13<br><br>**STIPULATED ORDER CONFIRMING**<br>**CHAPTER THIRTEEN PLAN** |

    The Chapter 13 Plan having been properly noticed out to creditors and no objections being filed or those objections having been withdrawn or resolved,

    **IT IS ORDERED** confirming the Debtor's Chapter 13 Plan as follows:

(1)     **PROPERTY SUBMITTED TO THE PLAN.** The Debtor shall submit the following amounts of future income to the Trustee for distribution under the Plan.

    (a)     <u>Future Earnings or Income.</u> Debtor shall make the following monthly Plan payments:

| Months: | Payments: |
|---|---|
| 1-48 | $ 105.00 |

The payments are due on or before the 17th day of each month, commencing March 17, 2009. Interest on secured debts will be calculated using the Trustee's preferred method of simple interest. Debtor is advised when she remits payments late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan. **Any funding shortfall must be cured before the Plan is deemed completed.**

    (b)     <u>Other Property.</u> Except as provided in the Plan or this Order, in the event that the Debtor submits other property to the Trustee, it shall be considered advance Plan payments.

    (c)     The Debtors hereby certify that they are current on all payments that have come due on any domestic support orders since the filing of their case and that they are current on all required tax return filings.

(2)     **DURATION.** This Plan shall continue for 48 months from the first regular monthly payment described in paragraph (1)(a) above.

(3)     **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified and paid as listed below. The Plan and this Order shall not be considered an informal proof of claim for any creditor.

(a) <u>Administrative Expenses.</u> Trustee shall receive such percentage fee of Plan payments as may be periodically fixed by the Attorney General pursuant to 28 U.S.C. §586(e), but not to exceed **10%.**

<u>Attorney Fees.</u> Debtor's attorney shall be paid **$2,500.00**.

<u>Claims Secured by Real Property.</u> Nothing shall be paid on the secured claims filed by American Express Mortgage/PHH Mortgage or Homecomings Financial, as the debtors have surrendered the residential property through this proceeding.

<u>Claims Secured by Personal Property.</u> Nothing shall be paid on the Huntington National Bank secured claim, as the debtors have surrendered the 2003 Buick Century through this proceeding.

(c) <u>Priority Claims.</u> NONE

(d) <u>Other Class.</u> NONE

(e) <u>Unsecured Claims.</u> All other claims shall be classified as unsecured and non-priority. Such claims shall be paid their pro-rata share of payments. Except as provided by 11 U.S.C. §1328, unsecured claims shall be discharged.

DATED this _____ day of _____, 2009.

_____
United States Bankruptcy Judge

APPROVED:

_____
Edward J. Maney, Chapter 13 Trustee

## PLAN ANALYSIS**

Debtor(s): Joel and Linda Cheiky        Case No. 2:09-bk-02616-GBN

Prior: Bankruptcy ( ) Chapter 13 ( )        Date:

Estimated Length of Plan:        **48 Months**
TRUSTEE USE:
Section 341(a) Meeting Date: _____
Continued: _____
Confirmation Date: _____

TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATIVE EXPENSES
A. TOTAL PRIORITY CLAIMS:
    1. Attorney Fees, David Allegrucci......................................................... $ 2,500.00
    2. Taxes........................................................................................................ $ 0.00
    3. Other ...................................................................................................... $ 0.00
B. TOTAL OF PAYMENTS TO CURE DEFAULTS ........................................ $ 0.00
C. TOTAL OF PAYMENTS ON SECURED CLAIMS ...................................... $ 0.00
D. TOTAL OF PAYMENT ON GENERAL UNSECURED CLAIMS*................. $ 2,036.00*
E. SUBTOTAL ................................................................................................. $ 4,536.00
F. TOTAL TRUSTEE'S COMPENSATION
    (10% of Debtors' Payments) ........................................................................ $ 504.00
G. TOTAL DEBT AND ADMINISTRATIVE EXPENSES...................................... $ 5,040.00
*This treatment can change without further notice. Refer to¶ 3(J)(1) of the Plan

## CHAPTER 7 RECONCILIATION

H. INTEREST OF GENERAL UNSECURED CREDITORS IF CHAPTER 7 FILED
    1. Value of Debtor(s)' interest in
       Nonexempt property..................................................................$ 2,712.50
    2. Plus: value of property recoverable under
       Avoiding powers........................................................................$ 0
    3. Less: estimated Chapter 7 administrative
       Expenses...................................................................................$< 678.13>
    4. Less: amounts payable to priority creditors
       Other than costs of administration..........................................$<0>
    5. Equals: estimated amount payable to general
       Unsecured creditors if Chapter 7 filed.....................................$ 2,034.38

I. ESTIMATED DIVIDEND FOR GENERAL UNSECURED
    CREDITORS UNDER CHAPTER 7......................................................... $ 2,034.38

J. ESTIMATED DIVIDEND UNDER PLAN...................................................... $ 2,036.00

**IF THERE ARE DISCREPANCIES BETWEEN THE PLAN AND THE PLAN ANALYSIS, THE PROVISIONS OF THE PLAN AS CONFIRMED, CONTROLS.

CHEIKY 2-09-bk-02616-GBN        -3-        Allegrucci Law Office, PLLC
                                                                                        307 North Miller Road
                                                                                        Buckeye, Arizona 85326
                                                                                               Ph(623)412-2330
                                                                                               Fax(623)878-9807